UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| In Re: | § | |
|---|---|---|
| | § | |
| Datasoft System, Inc. | § | Case No. 1:17-bk-10571-MB |
| | § | |
| Debtor | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that NANCY HOFFMEIER ZAMORA, ESQ. (SBN 137326), trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KATHLEEN J. CAMPBELL
CLERK OF THE COURT
21041 BURBANK BLVD
WOODLAND HILLS, CA 91367

A hearing on the Trustee's Final Report and Applications for Compensation will be held at 11:00 a.m. on December 5, 2018 in Courtroom 303, United States Bankruptcy Courthouse, located at 21041 Burbank Boulevard, Woodland Hills, California 91367. Any person wishing to object to any fee application that has not already been approved, or to the Trustee's Final Report, must file a written opposition thereto pursuant to Local Bankruptcy Rule 9013-1(f) not later than 14 days before the date designated for hearing and serve a copy of the opposition upon the trustee, any party whose application is being challenged and the United States Trustee. Untimely objections may be deemed waived. In the absence of a timely onjection by the United States Trustee or other party in interest, the Court may discharge the Chapter 7 Trustee and close the case without reviewing the Final Report and Account or determining the merits of the Chapter 7 Trustee's certification that the estate has been fully administered. See Federal Rule of Bankruptcy Procudure 5009.

Date Mailed: 10/26/2018          By: United States Bankruptcy Court
                                    Clerk of the U.S. Bankruptcy Court

*Nancy Hoffmeier Zamora, Esq. (SBN 137326)*
*U.S. Bank Tower*
*633 West 5th Street, Suite 2600*
*Los Angeles, CA 90071*

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

In Re: §
§
§
Datasoft System, Inc. §   Case No. 1:17-bk-10571-MB
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 111,264.98 |
| and approved disbursements of | $ | 3,986.71 |
| leaving a balance on hand of[1] | $ | 107,278.27 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Nancy Hoffmeier Zamora | $ 8,813.25 | $ 0.00 | $ 8,813.25 |
| Trustee Expenses: Nancy Hoffmeier Zamora | $ 498.00 | $ 0.00 | $ 498.00 |
| Attorney for Trustee Fees: Roquemore, Pringle & Moore, Inc. | $ 24,060.00 | $ 0.00 | $ 24,060.00 |
| Attorney for Trustee Expenses: Roquemore, Pringle & Moore, Inc. | $ 710.35 | $ 0.00 | $ 710.35 |
| Accountant for Trustee Fees: Grobstein Teeple, LLC | $ 12,137.50 | $ 0.00 | $ 12,137.50 |
| Accountant for Trustee Expenses: Grobstein Teeple, LLC | $ 84.14 | $ 0.00 | $ 84.14 |
| Charges: UNITED STATES BANKRUPTCY COURT | $ 700.00 | $ 0.00 | $ 700.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: FRANCHISE TAX BOARD | $ 829.37 | $ 0.00 | $ 829.37 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 47,832.61 |
| Remaining Balance | $ 59,445.66 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 34,630.26 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2A | Zifei Yang | $ 5,520.00 | $ 0.00 | $ 5,520.00 |
| 3A | Kaylan Datta | $ 12,850.00 | $ 0.00 | $ 12,850.00 |
| 4A | Vikky Belani | $ 12,850.00 | $ 0.00 | $ 12,850.00 |
| 1A | FRANCHISE TAX BOARD | $ 3,410.26 | $ 0.00 | $ 3,410.26 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 34,630.26 |
| Remaining Balance | $ 24,815.40 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 240,667.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1B | FRANCHISE TAX BOARD | $ 1,320.75 | $ 0.00 | $ 136.18 |
| 2B | Zifei Yang | $ 60,258.00 | $ 0.00 | $ 6,213.24 |
| 3B | Kaylan Datta | $ 39,068.20 | $ 0.00 | $ 4,028.34 |
| 4B | Vikky Belani | $ 83,920.90 | $ 0.00 | $ 8,653.13 |
| 5 | Fact Professional, Inc. | $ 27,900.00 | $ 0.00 | $ 2,876.78 |
| 8 | I3 Enterprises Solutions, Inc. | $ 28,200.00 | $ 0.00 | $ 2,907.73 |

| | | |
|---|---|---|
| | Total to be paid to timely general unsecured creditors | $ 24,815.40 |
| | Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Nancy H. Zamora, Esq.
Trustee

*Nancy Hoffmeier Zamora, Esq. (SBN 137326)*
*U.S. Bank Tower*
*633 West 5th Street, Suite 2600*
*Los Angeles, CA 90071*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.